CROWELL & MORING LLP
Timothy J. Fierst (TF:3247)
Attorneys for Plaintiff
153 East 53rd Street, 31st Floor
New York, New York 10022
(212) 895-4200

JUDGE BRIEANT

08 CV 5430

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BALDOR'S SPECIALTY FOODS, INC.,

                    Plaintiff,

            - against -

E.A.T. INC. a/k/a EAT INC. TRADING and FRANK
SKIBO, individually and in any corporate or partnership
capacity,

                    Defendants.

----------------------------------------------------------------X



Case No.
RCP RULE 7.1
CERTIFICATION

RECEIVED JUN 16 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 pf the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judge of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff Baldor's Specialty Foods, Inc. certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

NONE

DATED:    June 13, 2008

Respectfully submitted,
CROWELL & MORING LLP
Attorneys for Plaintiff
By: _____
Timothy J. Fierst (TF:3247)
153 East 53rd Street, 31st Floor
New York, New York 10022
(212) 895-4200